**FEE PAID**

FILED
CLERK, U.S. DISTRICT COURT
OCT 28 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___RS___ DEPUTY

John Brosnan
3680 Wilshire Boulevard
Suite P0 -1313
Los Angeles, CA 90010
johnbrosnanlegal@gmail.com

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br>Plaintiff,<br><br>v.<br><br>PROGRESSIVE AMERICAN INSURANCE COMPANY,<br>AND  DOES 1 TO 9,<br><br>Defendants. | Case No. **2:21-CV-08549-FLA-JCx**<br><br>COMPLAINT FOR VIOLATION OF 18 U.S. Code § 1341 |

**COMPLAINT AND DEMAND FOR JURY TRIAL**

1. Plaintiff John Brosnan (Plaintiff), brings this Complaint against defendants for Fraud.

**II.  PARTIES**

2. JOHN BROSNAN ("Plaintiff"), is a California resident.

3. PROGRESSIVE AMERICAN INSURANCE COMPANY (Progressive) is an insurance company located in the state of Ohio.

4. Plaintiff is informed and believes, and thereon alleges, that each of the Defendants was, at all times herein mentioned, the agent, employee, partner and/or representative of one or more of the remaining Defendants and was acting within the course and scope of such relationship. Plaintiff is further informed and believes that each of the Defendants herein gave consent to, ratified and authorized the acts alleged herein to each of the remaining Defendants.

5. The true names and capacities of Defendants named herein as Does 1 through 9, inclusive,

whether individual, corporate, associate or otherwise are unknown to Plaintiff, who therefore sues said Defendants by fictitious names pursuant to California Code of Civil Procedure section 474. Plaintiff will amend this Complaint to show such true names and capacities of Does 1 through 9, inclusive, when they have been determined.

### III.  JURISDICTION AND VENUE

6. This Court has diversity jurisdiction pursuant to 28 U.S.C. §1332 (a) because the parties are citizens of different states and the amount in controversy exceeds the sum or value of $75,000.00.

7. Progressive is an insurance company located in the state of Ohio.

8. Plaintiff's Property (Property) was damaged by a Party insured by Progressive in the year 2020, the value of the Property exceeds $75,000.

9. Progressive has not repaired or replaced the Property as of the filing of this instant action.

### IV.  FACTUAL ALLEGATIONS

10. Progressive represented to Plaintiff that Progressive was lawfully conducting business in California.

11. Plaintiff's Property (Property) was damaged by a Party insured by Progressive in the year 2020, (Loss date)

12. Progressive is a corporation with headquarters located in the state of Ohio.

13. In California a foreign corporation is defined as a corporation that was initially formed outside of California.

14. In California a Foreign corporation wanting to business in California must register with the California Secretary of State.

15. On June 20, 1983, Progressive, filed a Statement and Designation by Foreign Corporation with the California Secretary of state. The following image is an excerpt from said filing.

[Excerpt image: Statement and Designation by Foreign Corporation; 11447786 FILED In the office of the Secretary of State of the State of California JUN 20 1983 MARCH FONG EU, Secretary of State By Gloria Carroll, Deputy; PROGRESSIVE AMERICAN INSURANCE COMPANY (Name of Corporation)]

16. In California it is illegal for a corporation to conduct business if the corporation is not in good standing with the California Secretary of State.

17. In California, when a corporation is suspended or forfeited, it has lost all rights and privileges as a corporation and cannot legally operate. In that regard, a suspended corporation is required to close its business and stop all business-related activities.

18. Progressive's corporate status in California was Forefeited prior to the year 2020.

19. Progressive's corporate status in California was Forefeited prior to the Loss Date.

20. As of the filing of this instant action the rights of Progressive to do business in California have been forfeited.

21. The following image is a partial screenshot from a page on the California Secretary of State website located at https://businesssearch.sos.ca.gov/.

| FTB FORFEITED | PROGRESSIVE AMERICAN INSURANCE COMPANY |
|---|---|

22. Progressive's right to do business in California was forfeited in 1983.

23. The party that damaged Plaintiff's Property (Damager) informed Plaintiff that Damager was insured by Progressive.

24. Plaintiff contacted Progressive and began to communicate with Progressive regarding the Property.

25. Prior to drafting this instant action Plaintiff was not aware that Progressive was a Forfeited Corporation illegally conducting business in California.

26. Plaintiff would not have spent time, energy and money communicating with defendants had Plaintiff known that Defendants were illegally operating.

27. As of the filing of this instant action Progressive has had more than one million customers in California since Progressive forfeited it's right to business in California.

28. Progressive defrauded every customer Progressive sold an insurance policy to after the rights of Progressive to do business in California were forfeited.

29. Progressive has defrauded more than one million people in California since Progressive

forefeited it rights to do business in California, by faslely representing that Progressive was lawfully operating in California when in fact Progressive had forfeited it's rights to do business in California.

30. Plaintiff is currently searching for a law firm to bring a class action lawsuit against Progressive and all Progressive Agents in California for the fraudulent activities of Progressive.

## FIRST CAUSE Of ACTION

### Fraud

### Defendants

31. Plaintiff hereby incorporates by reference all paragraphs stated above.

32. Defendants engaged in fraud against Plaintiff.

33. Plaintiff prays for judgment against Defendants, as more fully set forth below.

## SECOND CAUSE Of ACTION

### Civil Conspiracy

### Defendants

34. Plaintiff hereby incorporates by reference all paragraphs stated above.

35. Defendants, and each of them, knowingly and willfully conspired and agreed amongst themselves to engage in unfair and illegal acts stated above.

36. Tort law and criminal law treat conspiracy in a fundamentally different manner. To begin with, the object contemplated by a criminal conspiracy is a crime, and that of a civil conspiracy is a tort. In criminal law, the act of conspiring is a crime unto itself, regardless of whether the object of the conspiracy is actually effectuated. See Penal Code § 182, which includes no requirement of carrying out such object crime. In contrast, under tort law, conspiracy is only actionable when its object is effectuated—and damages the plaintiff. Absent commission of the underlying tort, civil conspiracy is not a cause of action.

37. The California Supreme Court in Applied Equipment Corp. v. Litton Saudi Arabia Ltd. (1994) 7 Cal.4th 503@510-511 [28 Cal.Rptr.2d 475] stated:

> Standing alone, a conspiracy does no harm and engenders no tort liability. It must be activated by the commission of an actual tort. "'A civil conspiracy, however atrocious, does not per se give rise to a cause of action unless a civil wrong has been committed resulting in damage.' ... We have summarized the elements and significance of a civil conspiracy: "'The elements of an action for civil conspiracy

are the formation and operation of the conspiracy and damage resulting to plaintiff from an act or acts done in furtherance of the common design...'"

38. The Supreme Court established that civil conspiracy can be a cause of action when the underlying tort takes place and damages a plaintiff.

39. Plaintiff has been damaged.

40. Plaintiff has plead the elements of civil conspiracy, and in fact, in preparing the Complaint, relied upon Applied Equipment Corp. v. Litton Saudi Arabia Ltd., supra, as Plaintiff's authority for its elements, which are two: (a) "the formation and operation of the conspiracy," and (b) "damage resulting to plaintiff from an act or acts done in furtherance of the common design."

41. Plaintiff prays for judgment against Defendants, as more fully set forth below. Defendants conspired with each other to defraud Plaintiff by their actions.

//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//
//

Plaintiff prays for judgment against Defendants, as more fully set forth below.

Plaintiff, on behalf of himself, requests the following relief:

1. Damages in the amount of no less than $5,000,000;
2. A Declaration that Defendants' actions, as set forth herein, are unconscionable and force Defendants to return all monies gained, profits received, etc. from their illegal acts;
3. Enjoining Defendants from engaging in further negligent, deceptive, unfair, and unlawful practices alleged herein;
4. Awarding injunctive and equitable relief as necessary to protect the interests of Plaintiff and other consumers;
5. Awarding actual compensatory and any other damages the Court sees fit;
6. Awarding reasonable attorneys' fees, costs, and other litigation expenses;
7. Awarding punitive damages;
8. Awarding pre- and post-judgment interest, as allowable by law; and
9. Awarding such further and other relief as the Court deems just and equitable.

## DEMAND FOR JURY TRIAL

Plaintiff demands a trial by jury of all claims in this Complaint so triable.

DATED: October 28, 2021        *John Brosnan*

                               John Brosnan