JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BROSNAN,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>UNITED FINANCIAL CASUALTY COMPANY, and DOES 1 to 9,<br><br>　　　　　Defendants. | Case No. 2:21-cv-08549-FLA (JCx)<br><br>**JUDGMENT** |

### JUDGMENT

The court enters judgment for Defendant United Financial Casualty Company and against Plaintiff John Brosnan.

IT IS SO ORDERED.

Dated: July 5, 2022

_____
FERNANDO L. AENLLE-ROCHA
United States District Judge

1